UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Zurich American

Plaintiff(s),

v.

International Foods, et al.

Defendant(s).

Case No. 4:26-cv-00330

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office:

---

**Option 1**

❑ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: ____________________. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* ***If the parties require more time to complete mediation, lead counsel must file a motion with the Court.***

---

**Option 2**

☑ An ADR conference was held on: 8/12/26.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: ____________________

The ADR referral was concluded on 8/12/26. The parties [❑ did (circled) ❑ did not] achieve a settlement. *but is contingent*

***Check One***

---

**Option 3**

❑ Although this case was referred to ADR, a conference WAS NOT HELD.

---

Date 8/18/26 Neutral [signature]

Jason R. Brown